# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREN VISNEFSKI,** | : | CIVIL ACTION NO. 3:20-CV-1432 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **TRUIST BANK,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 21st day of June, 2021, upon consideration of the partial motion (Doc. 6) to dismiss by defendant Truist Bank, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion (Doc. 6) is GRANTED in part and DENIED in part as follows:

    a. The motion is GRANTED with respect to Count Eight.

    b. The motion is otherwise DENIED.

2. Plaintiff is GRANTED leave to amend her complaint in accordance with the accompanying memorandum on or before **Tuesday, July 6, 2021**. In the absence of a timely filed amended complaint, this matter shall proceed on the remaining counts. Defendant's deadline to respond to the amended complaint under Federal Rule of Civil Procedure 12(a)(4)(A) is DEFERRED for the duration of the 14-day amendment period.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania